Thomas M. Spear Jr. OSB #951712
tj@tjspearlaw.com
Law Office of Thomas Spear
327 NW Greenwood Ave #302
Bend, OR 97703
(541) 383-7104
Attorney for Defendant Christine Zamora

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| J.M.H, | Case No.: 3:24-CV-00637-AR |
| Plaintiff, | |
| v. | DEFENDANTS ANSWER TO COMPLAINT |
| OREGON DEPARTMENT OF CORRECTIONS; OREGON CORRECTIONS ENTERPRISES; CHRISTINE ZAMORA, and MICHAEL BIERMAN, | |
| Defendants. | |

Defendant, Christine Zamora, by and through her attorney, Thomas Spear, in response to

Plaintiff's Complaint, admit, deny, and allege as follows:

Defendant denies each and every allegation of Plaintiff's Complaint not expressly

admitted herein.

DEFENDANTS ANSWER                    1

1.

In response to Paragraph 1, Defendant admits that J.M.H. ("Plaintiff") is an Adult in Custody ("AIC") of ODOC and was housed at Deer Ridge Correctional Institution ("DRCI") from March 8, 2023, through December 12, 2023. Defendant denies the remaining allegations.

2.

Defendant denies the allegations in complaint paragraph 2.

3.

In response to paragraph 3, Defendant denies Plaintiff is entitled to the relief sought.

4.

Defendant is without sufficient information as to the allegations in complaint paragraphs 4-5 or otherwise cannot answer the allegations, and so denies the allegations at this time.

5.

State of Oregon administers ODOC, which owns and operates DRCI, therefore, Defendant admits paragraph 6.

6.

Defendant is without sufficient information as to the allegations in complaint paragraph 7 or otherwise cannot answer the allegations, and so denies the allegations at this time.

7.

In response to paragraph 8, Defendant, Christine Zamora, admits she was employed as a Call Center Manager at DRCI.

DEFENDANTS ANSWER                    2

8.

In response to paragraph 9, Defendant admits that Michael Bierman is the DRCI Production Manager for OCE.

9.

In response to paragraphs 10-11, Defendant admits the District of Oregon has jurisdiction over the case.

10.

In response to paragraphs 12-13, Defendant admits sexual activity between an ODOC employee, and an AIC is unlawful. Defendant is without sufficient information as to the remaining allegations in complaint paragraphs 12-13 or otherwise cannot answer the allegations, and so denies the allegations at this time.

11.

Defendant denies the allegations in complaint paragraph 14.

12.

Defendant is without sufficient information as to the allegations in paragraph 15 and therefore denies, the allegation at this time.

13.

Defendant denies the allegations in complaint paragraphs 16-22.

14.

Defendant is without sufficient information as to the allegations in paragraphs 23-25, and therefore, denies, the allegations at this time.

15.

Paragraphs 26-49 and 54-57 contain allegations directed towards co-defendants to which no response is required.

DEFENDANTS ANSWER                    3

16.

Defendant denies the allegations in complaint paragraphs 50-53.

17.

Except as expressly admitted above, Defendant denies each and every allegation in

Plaintiff's Complaint, and denies Plaintiff is entitled to the relief sought.

**JURY TRIAL DEMAND**

18.

Defendant demands a jury trial.

**PRAYER**

WHEREFORE, having answered Plaintiff's Complaint herein, Defendant prays for a

judgment in her favor, for dismissal of Plaintiff's Complaint, with prejudice, against Defendant.

Dated: September 11th, 2024

Respectfully Submitted,

/s/ *Thomas M. Spear Jr.*
Thomas M. Spear Jr. OSB #951712

327 NW Greenwood Ave #302
Bend, OR 97703
(541) 383-7104
tj@tjspearlaw.com
Attorney for Christine Zamora

DEFENDANTS ANSWER                    4